# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCHISE TAX BOARD OF THE
STATE OF CALIFORNIA,
Appellant/Cross-Respondent,
   vs.
GILBERT P. HYATT,
Respondent/Cross-Appellant.

No. 53264

FILED

AUG 0 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER OF REMAND

This case comes to us on remand from the United States Supreme Court. In *Franchise Tax Bd. of California v. Hyatt*, 587 U.S. ___, ___, 139 S. Ct. 1485, 1499 (2019), the Court concluded that states retain sovereign immunity from private suits in other courts, overruling *Nevada v. Hall*, 440 U.S. 410 (1979), and reversed our December 26, 2017, opinion affirming in part and reversing in part the district court's judgment in favor of respondent/cross-appellant Gilbert Hyatt. Therefore, we remand this matter to the district court with instructions that the court vacate its judgment in favor of Hyatt and take any further necessary action consistent

19-32774

with this order and *Hyatt*, 587 U.S. ___, 139 S. Ct. 1485. Accordingly, we

ORDER this matter REMANDED to the district court for proceedings consistent with this order.

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Stiglich

_____ , J.
Cadish

_____ , J.
Silver

cc:  Hon. Linda Bell, Chief Judge
     Eighth Judicial District Court, Dept. 10
     McDonald Carano LLP/Reno
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Eighth District Court Clerk